# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CDCS# 2003A94782
Case No.:

UNITED STATES OF AMERICA §
§
§
vs. §
§
§
ERIC REYES, §

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Miami-Dade County, Florida within the jurisdiction of this Court and may be served with service of process at 13002 SW 114TH PLACE, MIAMI, FL 33176.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $1,399.91 |
| B. Current Capitalized Interest Balance and Accrued Interest as of June 3, 2010 | $2,163.32 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied (Debtor payments, credits, and offsets) | $0.00 |

|   |   |
|---|---|
| E. Attorneys fees | $400.00 |
| **Total Owed** | **$3,963.23** |

The Certificate of Indebtedness, attached as Exhibit "A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

David E. Newman. P.A.

Date: June 7, 2010

By: _____
Jennifer Margolis Marquez
Florida Bar Number 0770701
1533 Sunset Drive, Suite 225
Coral Gables, Florida 33143
Tel.305-665-9633
Facsimile 305-666-9714
Email: jenmargolis@bellsouth.net

# EXHIBIT "A"

## U.S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Eric Reyes
11500 SW 43ST
Miami, FL 33165
SSN: ███7684

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below, plus additional interest from 5/5/99.

On or about 6/7/89, the borrower executed promissory note(s) to secure the loan(s) of $2625.00 from Student Loan Services, Jacksonville, FL at 8.00 percent interest per annum. This loan obligation was guaranteed by the Florida Department of Education, Office of Student Financial Assistance and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 5/11/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $1399.91 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 11/18/98, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of those payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $1399.91 |
| Interest: | $922.50 |
| Administrative Costs: | $0.00 |
| Late fees: | $0.00 |
| Total debt as of 5/5/99: | $2322.41 |

Interest accrues on the principal shown here at the rate of $0.31 per day.

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/18/99
Date

Name: [signature]
Loan Analyst, Litigation Branch

## APPLICATION/PROMISSORY NOTE FOR A FLORIDA GUARANTEED STUDENT LOAN

CBA w D 6/89

**WARNING:** This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

### I-BORROWER'S SECTION — COMPLETED BY STUDENT

PRINT OR TYPE ALL ENTRIES

1. Social Security Number: [redacted] 7684
2. Last name: Reyes   First: Eric
3. Date of Birth: [redacted] 71
4. Permanent Home Address: 11500 SW 43 St
   City: Miami   State: FL   Zip Code: 33165
5. Area Code-Phone No. for item 4: (305) 553-3032
6. U.S. Citizenship: 1. U.S. Citizen or National ✓
7. State of Permanent Residence: Florida   Since: 6-89
8. Have you ever DEFAULTED: No
9. REFERENCE REQUIREMENT:
   - A. Other Adult Relative — Name: Icilda Hosang, Home Address: 9825 SW 134 St, City, State, Zip: Miami, FL 33186, Phone: (305) 385-5367, Employer: 385-5367
   - B. Other Adult Relative — Name: Olga Avado, Address: 17609 SW 43 St, City, State, Zip: Miami, FL 33165, Phone: (305) 552-6813, Employer: 573-3600
10. Amount owed on all GSL and FISL loans: $ -0-
11. (blank)
12. Enrollment Period Covered by This Loan: From 6-89 To 2-90
13. Intended Enrollment Status: Full Time
14. Name of Lender Who Will Process this Loan: Florida National

### PROMISSORY NOTE FOR A GUARANTEED STUDENT LOAN

15. Requested Loan Amount: $ 2,685.00
16. SIGNATURE OF BORROWER: [signed]   DATE: 06-07-89
17. ENDORSER (LENDER OPTION)

### II-SCHOOL SECTION — COMPLETED BY FINANCIAL AID OFFICER

18. School Code: 864 c 21547
20. Name and Address of School: Miami Tech. College, 14701 N.W. 7 Ave., N. Miami, FL 33168
21. Grade Level: 1
22. Anticipated Completion Date: 2-90
23. Adjusted Gross Income: $ -0-
24. Enrollment period covered by Loan: From 6 12 89 To 2 30 90
25. Beginning Date of Second School Term: 10 11 89
26. Dependency Status: Dependent ✓  Independent
27. Cumulative Grade Point Average: — of 4.0
28. Estimated Cost of Attendance: $ 8561.00
29. Expected Family Contribution: $ 700.00
30. Estimated Financial Aid for Loan Period: $ 2300.00
31. Unmet Need: $ 5561.00

Recommended Dates for Disbursements / Recommended Disbursement Amount:
- #1: 6 / 12 / 89 — $ 1313
- #2: 10 / 11 / 89 — $ 1312

TOTAL OF DISBURSEMENTS: $ 2625

90 0320 100   Ileno Castaneda   FAO   Date: 7/12/89

### III-LENDER SECTION

STUDENT LOAN SERVICES 5032
LENDER NO. 802301
P. O. BOX 53771 213 4811
JACKSONVILLE, FL 32201

Disbursement Date(s) / Loan Disbursement Amt:
- 7 20 89 — $ 1313
- 10 11 89 — $ 1312

Signature of Authorized Lending Official: [signed Karen Zimmer]   JUL 19 1989

TOTAL AMOUNT LENDER APPROVES: $ 2625
39. Check Interest Rate: 7% 8% 9% ✓

FGLP Standard Form 1  3/88

## Additional Terms of the Promissory Note for a Guaranteed Student Loan

**II. Date Note Comes Due** I will repay this loan: 1) in periodic installments during a repayment period that will begin no later than the end of my grace period; or 2) in full immediately if I fail to enroll and attend at the school which certified my application for the academic period intended (this loan will not be eligible for a grace period). My grace period is that period of time which begins when either I leave school or stop carrying, at an eligible school, at least one-half the normal full-time academic work load required by the school. The Notice of Loan Guarantee and Disclosure Statement will identify the length of my grace period. During the grace period I may request that the grace period be shortened and the repayment period begin earlier. My due date will be indicated on the Repayment Schedule.

**III. Interest** (1) I agree to pay an amount equivalent to simple interest as specified in (4) on the unpaid principal balance from the date of disbursement until the entire principal sum and accrued interest are paid in full. (2) However, the U.S. Secretary of Education ("Secretary") will pay the interest that accrues on this loan prior to repayment status and during any deferment, if it is determined that I qualify to have such payments made on my behalf under the regulations governing the Guaranteed Student Loan Program ("GSLP"). In the event that the interest on this loan is payable by the Secretary, neither the lender nor other holder of this Note may attempt to collect this interest from me. I may, however, choose to pay this interest myself. (3) Once the repayment status begins I will be responsible for payment of all interest that accrues on this loan, except that if the interest accruing on this loan prior to the repayment period was payable by the Secretary, the Secretary will pay the interest that accrues during any period described under DEFERMENT in this Promissory Note. (4) The interest rate will be determined according to the following: (a) If I have an outstanding Guaranteed Student Loan(s) ("GSL") on the date I sign the Note, the applicable interest rate will be the same as the applicable interest rate on the outstanding GSL(s). (b) If I am borrowing for a period of enrollment which begins before July 1, 1988 and I have no outstanding GSL(s), the applicable interest rate on this loan will be 8%. (c) If I am borrowing for a period of enrollment which begins on or after July 1, 1988, and I have no outstanding GSL(s) but I do have an outstanding balance in any PLUS, Supplemental Loans for Students ("SLS") made for enrollment periods beginning before that date or any Consolidation loan(s) which repaid loans made for enrollment periods beginning before that date, the applicable interest rate on this loan will be 8%. (d) If I am borrowing for a period of enrollment which begins on or after July 1, 1988, and I have no outstanding balance on any GSL, PLUS, or SLS made, or enrollment period(s) beginning before that date or any Consolidation loan(s) which repaid loans for enrollment period(s) beginning before that date, the applicable interest rate on this loan will be 8% until the end of the fourth year of my repayment status and will be 10% beginning with the fifth year of my repayment status. (5) The applicable interest rate (a) until the end of the fourth year of my repayment status, and (b) beginning with the fifth year of my repayment status, will be identified on my Notice of Loan Guarantee and Disclosure Statement. (6) I may also receive rebates of interest if required by the Higher Education Act of 1965, as amended, when the applicable interest rate is 10%. (7) The lender or holder of this note may add accrued unpaid interest to the unpaid balance (capitalization) of this loan in accordance with State and Federal Regulations governing the Guaranteed Student Loan Program.

**IV. Origination and Guarantee Fees** I will pay to the lender an origination fee not to exceed the percentage of the loan amount that is authorized by Federal law. The rate and amount of the origination fee will be identified to me in the Notice of Loan Guarantee and Disclosure Statement. The lender will withhold this fee from the principal amount of the loan. If the lender disburses the loan in multiple installments, the lender will deduct this fee from the principal amount of each disbursement. I will pay to the lender an amount equal to the premium that the lender is required to pay the Florida Department of Education in order to obtain insurance coverage on this loan. The rate and amount of the guarantee fee will be identified to me in the Notice of Loan Guarantee and Disclosure Statement. The lender will withhold this fee from the principal amount of the loan. If the lender disburses the loan in multiple installments, the lender will deduct this fee from the principal amount of each disbursement.

**V. Default** I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once (subject to any law which gives me a right to cure my default) if: 1) any payment has not been paid within the number of days after it is due as specified on the Repayment Schedule, or if I fail to meet the terms of any Application Promissory Note under circumstances where you find it reasonable to conclude that I no longer intend to honor the obligation to repay, provided that my failure persists for 180 days if I repay in monthly installments, or (b) 240 days if I repay in less frequent installments; or (2) I fail to notify you of a change in my name, address or school enrollment status within 10 days; or 3) I breach any of my other promises under this agreement; or 4) I make any false written statement in applying for this loan or a forbearance or deferment of this loan. After sending such notice to me, you will have the right, without further notice, to take the outstanding balance out of my checking or savings account I have with you, if not prohibited by law, cut out out of the proceeds of any other property of mine which you have rights to take because of any other agreement between you and me. If I default on this loan: 1) The lender may declare the entire unpaid amount of the loan, including interest, immediately due and payable; 2) the lender, holder, or Florida Department of Education may disclose to schools I have attended (or am currently attending) information about this default; 3) I will be ineligible to receive assistance from any of the following Federal programs: Pell Grant, Supplemental Educational Opportunity Grant, College Work-Study, State Student Incentive Grant, Perkins Loans (formerly called National Direct Student Loans), Guaranteed Student Loans, Supplemental Loans for Students, PLUS Loans or Consolidation Loans; and 4) I will be ineligible for the benefits described under Paragraph III. Interest, and Paragraph VIII. Deferment.

**VI. Late Charges and Collection Costs** I agree to pay the following amounts if delinquent in making payments when due or if this Promissory Note is declared in default: 1) A late charge not to exceed 6 cents for each dollar of any installment payment not received by the lender within ten (10) days after it is due or if I fail to provide written evidence that verifies my eligibility to have the payment deferred as described under Paragraph VIII of this Promissory Note. 2) Costs that are permitted by Federal and State laws and are necessary for collection of any overdue amount. The costs may include attorney's fees, court costs, and costs of telegrams and long-distance telephone calls. 3) Collection costs which do not exceed 25 percent of the unpaid principal and accrued interest if this loan is referred for collection to an agent or agency that is subject to the Fair Debt Collection Practices Act.

**VII. Additional Agreements** 1) The proceeds of this loan will be used only for my educational expenses at the school indicated in Section II of my application. 2) Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have for me. 3) Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provisions of this Note can be waived or modified except in writing. 4) If the Florida Department of Education is required under its guarantee to repay my loan(s) because I have defaulted, the Florida Department of Education will become the owner of this Note and as my creditor will have all the rights of the original lender to enforce this Note against me. 5) I understand that I must repay this Note even though I may be under 18 years of age. 6) If I am unable to make the scheduled payments for reason of hardship, I may be eligible for forbearance as provided for in the Guaranteed Student Loan Program regulations at the discretion of the lender on the repayment of my loan(s). 7) In this Note the words I, me, and my mean the borrower identified in Item 2 of Section I of the Application. You, your and yours mean the lender and any other owner of the Note.

**VIII. Deferment** If am accepting a loan for a period of enrollment beginning prior to July 1, 1987, I may defer payments on principal of my loan after the repayment period begins under any of the following circumstances: While I am engaged in (a) Full-time study at a school that is participating in the GSLP, unless I am a national of the United States and am studying at a school not located in the United States, (b) Full-time study at an institution of higher education or at a national school that is operated by an agency of the Federal Government (e.g. the service academies) unless I am not a national of the United States and am studying at a school not located in the United States; (c) An eligible graduate fellowship program, (d) A rehabilitation training program for disabled individuals. For periods not exceeding 36 months for each time the following: while I am on Active duty status in the Armed Forces of the United States, or serving as an officer in the Commissioned Corps of the United States Public Health Service, or serving as a volunteer under Title I of the Domestic Volunteer Service Act of 1973 (ACTION programs, e.g. VISTA), or to serve for a term of at least one year: (d) Performing full-time volunteer service for the Secretary of Education has determined comparable to service in the Peace Corps, ACTION programs, for an organization exempt from taxation under Section 501(c)(3) of the Internal Revenue Code of 1954, as amended, or (e) Temporarily totally disabled, as established by a sworn affidavit of a qualified physician, or unable to secure employment because I am caring for a spouse who is temporarily totally disabled, as established by a sworn affidavit of a qualified physician. 3) For periods not to exceed 24 months for each of the following: while I am Serving in an eligible internship program, or (b) conscientiously seeking but unable to find full-time employment in the United States.

In addition to the above deferments, I am accepting a loan as defined below receiving a loan for a period of enrollment beginning on or after July 1, 1987. I may request, in addition to the above, deferment of payment of principal on my loan after the repayment period begins under any of the following circumstances: 4) While I am engaged in at least half-time study at a school that is participating in the GSLP, unless I am not a national of the United States, and am studying at a school not located in the United States, if I receive a loan under the GSL or SLS program for the enrollment period, 5) For periods not exceeding 36 months after each of the following: (a) On active duty status in the Armed Forces of the United States or serving as an officer in the Commissioned Corps of the United States Public Health Service, or as an active member of the National Oceanic and Atmospheric Administration Corps, (b) Engaged as a full-time teacher in a public or private elementary or secondary school in a teacher shortage area as defined by the Secretary of Education, (c) Unable to secure employment because I am providing care required by a spouse or other dependent who is temporarily totally disabled, as established by a sworn affidavit of a qualified physician; (d) on leave not exceeding 6 months of absence if I am a mother with preschool age children, am entering or reentering the work force and am being paid at a rate that is no more than $1.00 above the minimum hourly wage prescribed by the Fair Labor Standards Act of 1938. 6) For periods not exceeding 6 months when I am pregnant or caring for a newborn child or cannot for a period immediately following the placement of the child through adoption provided I am not attending a school and am not gainfully employed in order to qualify for the deferment, must have been enrolled within the past six months, at least half time in a school participating in the GSLP.

A "new borrower" is one who has no outstanding balance on a GSL, PLUS, SLS, or Consolidation Loan on the date he or she signs the promissory note for a loan to cover periods of enrollment beginning on or after July 1, 1987. In order to receive a deferment, I must request the deferment and provide my lender with all documentation required to establish my eligibility as set forth in the regulations governing the GSLP. I understand that I must notify my lender when the condition entitling me to the deferment no longer exists.

**IX. Repayment** I will repay the total amount of the loan, including the interest as provided in this Promissory Note in periodic installments, with interest at the rate indicated on the Promissory Note in periods due date of the Promissory Note until the loan is paid in full. Prior to the due date of this Promissory Note you will send me a Repayment Schedule which shows the particulars of payment terms including the beginning due date that will become part of this Promissory Note. The Repayment Schedule may include all loans I have received from you under the Florida Guaranteed Student Loan Program. The Repayment Schedule will require me to make monthly payments for a period of not less than 5 nor more than 10 years after this Note becomes due. Any period described under Paragraph VIII. Deferment or any period for which the lender has granted a forbearance will not be included in determining the 5 and 10-year term mentioned above. At my option I may agree to repayment periods that is shorter than 5 years. I may at a later time have the repayment terms extended so that the total repayment period is not less than 5 years. Provided, my total payments on any loan under the Guaranteed Student Loan Program (GSL), the PLUS Program, or the Supplemental Loans for Students Program, under Title IV, Part B of the Higher Education Act, shall not be less than $600 per year, including payments by my spouse on any loan under such loan programs, but the balance of all such loans plus accrued interest of less than $600, even though this amount is less than the required repayment period is shorter than 5 years.

**X. Prepayment** I may at any time, without penalty, prepay all or any part of the principal or accrued interest of this loan. I will be given a credit for any amount of interest that I have paid.

**XI. Credit Bureau Notification** Information concerning the amount of this loan and its repayment will be reported to one or more credit organizations. If I default on this loan, the lender, holder, or guarantor may also report this default to credit bureau organizations. This may significantly and adversely affect my credit rating or other credit. The lender, holder, or guarantor must notify me at least 10 days in advance either of the intent to report information about the default will be disclosed to credit bureau organizations unless I notify them in writing within 30 days. The lender must provide a timely response to a request from any credit bureau organization related to collection actions it might take with that organization about the disputed information if the dispute is not resolved about me.

**XII. Disability or Death** If I become totally and permanently disabled or die, my obligation to pay any further on this Note will be cancelled.

## Borrower Certification

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I, the borrower, certify that the information contained in Section I of this application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school to pay to the lender any refund which may be due me up to the amount of this loan. I further authorize any school that I may attend to release to the lending institution, subsequent holder, Florida Department of Education, U.S. Department of Education or their agents any requested information pertinent to this loan (e.g. employment, enrollment status, current address). I certify that the proceeds of any loan made as a result of this application will be used for educational expenses for the loan period covered by this application at the school named in Section II. I understand that I must immediately repay any funds that I receive which cannot reasonably be attributed to meeting my educational expenses related to attendance at that school for the loan period stated in Item 24. I certify that the total amount of loans received under the Guaranteed Student Loan Program, Title IV, Part B (P.L. 89-329) as amended, will not exceed the allowable maximums. I further certify that I do not owe a refund on a Pell Grant, Supplemental Educational Opportunity Grant, State Student Incentive Grant or Byrd Scholarship and I am not in default on a National Direct Student Loan, a Guaranteed Student Loan, a Federally insured Student Loan, PLUS Loan, a Supplemental Loan for Students, a Loan Consolidation, or an Income Contingent Loan. I further authorize my lending institution to issue a check covering the proceeds of my loan in full, or in part made payable to me or at the lender's option, jointly payable to me and the school named in Section II. I have read and understand the terms of this Promissory Note. Returned checks supplied with this application. I understand that I will receive a Notice of Loan Guarantee and Disclosure Statement that identifies my loan amount (as determined by the lender), the interest rate, origination and late charges, and any other information as required. I further certify that the information on the Notice of Loan Guarantee and Disclosure Statement is correct and notify the lender and the Florida Department of Education of any error on the Notice of Loan Guarantee and Disclosure Statement supplied.

**NOTICE TO STUDENT: BY YOUR SIGNATURE ON THE OTHER SIDE OF THIS APPLICATION AND PROMISSORY NOTE YOU ARE AGREEING TO THE ABOVE TERMS AND CERTIFICATION.**

## EDUCATIONAL INSTITUTION CERTIFICATION

I hereby certify that the student named in Section I is accepted for enrollment or is enrolled as at least a half-time student and is maintaining satisfactory progress in an eligible program and is eligible for the Guaranteed Student Loan Program. I further certify that, based upon records available at this institution, this student is neither in default nor owes a refund with respect to any previously received grant or loan and that this loan has a source for attendance at my institution.